IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CECIL C. JONES** | **CIVIL ACTION NO. 09-0769** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN LOUISIANA STATE PENITENTIARY** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 11], together with the written objections thereto filed with this Court [Doc. No. 12], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that the petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is **DENIED and DISMISSED with prejudice**.

THUS DONE AND SIGNED this 22 day of February, 2010, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE